UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by ___ D.C.
OCT 10 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case Number: 05-20515-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHERMAN LAVAN DOUGLAS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo on September 26, 2006. The Report and Recommendations recommends to this Court, that counsel Roderick D. Vereen, be paid **$19,265.10.** the adjusted voucher amount. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, October 5, 2006.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Roderick D. Vereen, Esq
CJA Administrator